UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

**JUL 2 8 2021**

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | N |
| | ) | |
| ROTIMI OLADIMEJI AND | ) | **4:21CR00423 RWS/SRW** |
| OLUMIDE AKINRINMADE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It appearing to the Court that the following defendant(s), to wit,

**ROTIMI OLADIMEJI AND
OLUMIDE AKINRINMADE,**

have been indicted by the grand jury, and that the defendants have not yet been taken into custody,

nor have the defendants yet given bail for the defendants' appearances to answer said indictment,

it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the

Court until said defendants are in custody, have given bail for the defendants' final appearance or,

in accordance with local practice, the United States Attorney's Office has notified the Clerk's

Office that there is no longer a reason to seal said indictment.

_____
UNITED STATES DISTRICT JUDGE

Dated this 28th day of July 2021.