UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4: 21 CR 423 RWS |
| ) | |
| ROTIMI OLADIMEJI, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Given that defendant has been released from the custody of the Bureau of Prisons,

**IT IS HEREBY ORDERED** that the motion for relief under Amendment 821 [243] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2025.

1